IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEOVEL PINETA LEON, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-23-1201 |
| TRIPLE T TRANSPORTATION SERVICE, LLC, *et al.*, | * | |
| | * | |
| Defendants. | | |

**ORDER**

For reasons stated in the memorandum opinion issued today, it is this 12th day of May, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The case IS DISMISSED without prejudice; and

2. The Clerk SHALL CLOSE this case.

_____
Deborah L. Boardman
United States District Judge